IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 24 A 8:44

| | |
|---|---|
| JOHNNY E. YEOMANS, III, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: CV206-164 |
| WAYNE BENNETT, Sheriff; RON CORBETT; LUISE NEWSOME; RANDY AUSTIN; Sgt. PACHECO; Sgt. JURAN; Sgt. COOPER; T. J. KIDDER, and Dr. GUNDERSON, | : |
| Defendants. | : |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 24 day of October, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)