AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOHNNY E. YEOMANS, III

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER:   CV206-164

WAYNE BENNETT, Sherifff, RON CORBETT,
LUISE NEWSOME, RANDY AUSTIN, Sgt. PACHECO,
Sgt. JURAN, Sgt. COOPER, T.J. KIDDER, and DR.
GUNDERSON

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated October 24, 2006, adopting the Report and

Recommendation of the Magistrate Judge;  judgment of dismissal is hereby entered  and this case

stands dismissed.

| | |
|---|---|
| October 24, 2006 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03